IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TINA NATTELL,

    Plaintiff,

v.

CURRY COUNTY, et al.,

    Defendants.

No. 1:11-cv-3161-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation, so I have reviewed this matter de novo. I agree with the Report and Recommendation that plaintiff has failed as a matter of law to show that defendants' actions caused Mr. Nattell's death, or that defendants acted with deliberate indifference.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#107) is adopted. Defendants' motions for summary judgment (##38, 43, and 47) are granted.

IT IS SO ORDERED.

DATED this __23__ day of September, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER